ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2007 NOV -5 P 1: 15
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| CLARENCE HENRY DANIELS, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV 307-059 |
| | ) | |
| JERRY SIKES, Warden, Montgomery State Prison, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiffs Denmark, Neesmith, and Gilbert are **DISMISSED** from this lawsuit.

SO ORDERED this 5 day of November, 2007, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE