ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2008 JAN 16 AM 8:32
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| CLARENCE HENRY DANIELS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CV 307-059 |
| ) | |
| JERRY SIKES, Warden, Montgomery ) | |
| State Prison, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which objections have been filed (doc. no. 13).

On October 22, 2007, Plaintiff filed his "Motion to Intervien [sic] Custody Placement," wherein he requested to be transferred into federal custody because, among other things, Defendants have subjected him to environmental tobacco smoke ("ETS"). (Doc. no. 6). The Magistrate Judge construed the motion as a motion for preliminary injunctive relief and recommended denial of the motion because Plaintiff failed to meet his burden of persuasion on all four requisites for preliminary injunctive relief. (Doc. no. 11). Plaintiff's objections state, "Injunctive relief must be granted" because "Plaintiff has already suffered from [ETS]." (Doc. no. 13, p. 1). Plaintiff complains that, while incarcerated at Montgomery State Prison, his constitutional rights have been violated, and thus, he should

be transferred into federal custody.¹ (Id. at 1-2). Presumably, Plaintiff's objections address his failure to establish that there is a substantial threat that he will suffer irreparable injury.

Plaintiff's objections are without merit. Assuming for the sake of argument that Plaintiff has suffered an irreparable injury, the Magistrate Judge correctly noted that Plaintiff failed to address, let alone establish, that there is a substantial likelihood that he will prevail on the merits of his claim, that the threatened injury outweighs whatever damage the proposed injunction may cause Defendants, or that the injunctive relief would not be adverse to the public interest. As such, Plaintiff has failed to meet his burden of persuasion on all four requisites for obtaining injunctive relief.

Accordingly, the R&R of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's "Motion to Intervien [sic] Custody Placement" is **DENIED**.

SO ORDERED this 16TH day of January, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

¹Plaintiff alleges that, as a result of exposure to ETS, he has suffered asthma attacks and lung damage. (Doc. no. 13, p. 1). Furthermore, Plaintiff contends that, while incarcerated at Montgomery State Prison, he was placed on a "Dental List" to have his broken wisdom tooth extracted. (Id.). Plaintiff maintains that an unnamed dentist extracted the wrong tooth and that, on November 19, 2007 after he "started investigating," Sergeant Fountain threatened to place him in administrative segregation. (Id.). According to Plaintiff, on November 20, 2007, he was confined in administrative segregation, where he is unable to conduct legal research and denied the ability to exercise. (Id.). Finally, Plaintiff complains that he will not be allowed to correspond with the Court, once his remaining five stamps are utilized. (Id. at 2).